BMS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID WILLOUGHBY, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 17-5754 |
| BARRY SMITH, et al., | : | |
| Respondents. | : | |

## ORDER

BERLE M. SCHILLER, J.

AND NOW, this 28 day of Nov, 2018, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, and objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for a Writ of Habeas Corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

BERLE M. SCHILLER, J.